**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

LORRIEANN ROSEMEIER,

       Plaintiff,

     v.

COLLISION INDUSTRIES, INC.,
d/b/a THE COLLISION CENTER,

       Defendant.

No. 4:22-CV-00659

(Chief Judge Brann)

## ORDER

**FEBRUARY 8, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Plaintiff's Motion to Dismiss Counterclaim (Doc. 24) is **GRANTED**. The Defendant's Counterclaim (*see* Doc. 22) is **DISMISSED WITH PREJUDICE**.

                 BY THE COURT:


                 *s/ Matthew W. Brann*
                 Matthew W. Brann
                 Chief United States District Judge